| | |
|---|---|
| 1  GLYNN & FINLEY, LLP<br>    CLEMENT L. GLYNN, Bar No. 57117<br>2  WILLIAM D. MARSH, Bar No. 200082<br>    One Walnut Creek Center<br>3  100 Pringle Avenue, Suite 500<br>    Walnut Creek, CA 94596<br>4  Telephone: (925) 210-2800<br>    Facsimile: (925) 945-1975 | **E-filed 11/21/05** |

5

6  Attorneys for Defendant
    General Electric Company

7  HUDSON & GERSTL
   Hugo N. Gerstl, Esq.
8  2460 Garden Road, Suite C
   Monterrey, CA 93940
9  Telephone: (831) 649-0669
   Facsimile: (831) 649-8007
10

11  Attorney for Plaintiff

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  PACIFIC IMAGING SERVICES, INC., a<br>     California corporation doing business under<br>17   the fictitious firm name and style of<br>     MONTEREY ADVANCED IMAGING<br>18   CENTER, | Case No. CV 05-03019 JF<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SELECTING ADR PROCESS |
| 19            Plaintiff, | |
| 20       vs. | |
| 21  GE MEDICAL SERVICES DIVISION of<br>     GENERAL ELECTRIC CORPORATION, a<br>22   Delaware corporation, and DOES 1-10,<br>     inclusive, | |
| 23 | |
| 24            Defendants. | |

25

26         Pursuant to ADR Local Rule 3-5 (c), counsel report that they have met and

27  conferred regarding ADR and hereby agreed and stipulate to participate in Court-sponsored Early

28  Neutral Evaluation (ADR Local Rule 5).

- 1 -
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

| | |
|---|---|
| 1 | The parties agree to hold the ADR session within ninety (90) days from the date |
| 2 | of this order unless otherwise ordered by the Court. |

Dated: November 18, 2005

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
WILLIAM D. MARSH

By: _____
Attorneys for Defendant
General Electric Company

Dated: November __, 2005

GERSTL & HUDSON
HUGO N. GERSTL

By: _____
Attorney for Plaintiff
Pacific Imaging Services, Inc.

## [PROPOSED] ORDER

Pursuant to the Stipulation above, this matter is hereby referred to the Court's Early Neutral Evaluation (ENE). The deadline for participating in the ENE is ninety (90) days from the date of this order.

IT IS SO ORDERED.

Dated: November 21, 2005       By: /s/electronic signature authorized
Honorable Judge Jeremy Fogel
United States District Judge

1  The parties agree to hold the ADR session within ninety (90) days from the date
2  of this order unless otherwise ordered by the Court.

3

4  Dated: November ___, 2005       GLYNN & FINLEY, LLP
                                    CLEMENT L. GLYNN
5                                   WILLIAM D. MARSH

6

7                                   By: _____
                                        Attorneys for Defendant
8                                       General Electric Company

9

10 Dated: November 17, 2005         GERSTL & HUDSON
                                    HUGO N. GERSTL
11

12
                                    By: _____
13                                      Attorney for Plaintiff
                                        Pacific Imaging Services, Inc.
14

15

16                       **[PROPOSED] ORDER**

17

18         Pursuant to the Stipulation above, this matter is hereby referred to the Court's
19 Early Neutral Evaluation (ENE). The deadline for participating in the ENE is ninety (90) days
20 from the date of this order.

21

22         IT IS SO ORDERED.

23

24 Dated: November ___, 2005        By: _____
                                        Honorable Judge Jeremy Fogel
25                                      United States District Judge

26

27

28

- 2 -
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS