**E-filed 12/14/06**

1  Hugo N. Gerstl, CSB #37927
   GERSTL & HUDSON
2  2460 Garden Road, Suite C
   Monterey, CA 93940
3  Telephone: (831) 649-0669
4  Facsimile: (831) 649-8007
   Attorney for: Plaintiff
5

6  UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

7

| | |
|---|---|
| PACIFIC IMAGING SERVICES, INC., a California corporation doing business under the fictitious firm name and style of MONTEREY ADVANCED IMAGING CENTER, Plaintiff, Vs. GE MEDICAL SERVICES DIVISION of GENERAL ELECTRIC CORPORATION, a Delaware corporation, and DOES 1-10, Inclusive, Defendants. | CASE NO. C05-03019 JF<br>**JOINT STIPULATION TO REMOVE RULE 68 FILING FROM ECF SYSTEM**<br>Date: December 18, 2008  Time: 9:00 a.m.<br>Judge: Honorable JEREMY FOIGEL |

The parties hereto stipulate that Plaintiff's Rule 68 Offer of Settlement, which was erroneously uploaded to the ECF system on December 6, 2006 shall be removed therefrom.

Dated: December 7, 2006

GERSTL & HUDSON

By: HUGO N. GERSTL
Attorney for Plaintiff

GLYNN & FINLEY, LLP

By: DAWN CEIZLER
Attorney for Defendant

Gerstl & Hudson
Attorneys at Law
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: 831-649-0669
Facsimile: 8310649-8007

-1-

12/07/2006 10:54  831-649-8007  GERSTL AND HUDSON  PAGE 03/15
Case 5:05-cv-03019-JF  Document 45  Filed 12/14/06  Page 2 of 2

Hugo N. Gerstl, CSB #37927
GERSTL & HUDSON
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: (831) 649-0669
Facsimile: (831) 649-8007
Attorney for: Plaintiff

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC IMAGING SERVICES, INC., a California corporation doing business under the fictitious firm name and style of MONTEREY ADVANCED IMAGING CENTER,  Plaintiff, Vs. GE MEDICAL SERVICES DIVISION of GENERAL ELECTRIC CORPORATION, a Delaware corporation, and DOES 1-10, Inclusive,  Defendants. | CASE NO. C05-03019 JF **ORDER REMOVING RULE 68 FILING FROM ECF SYSTEM (Proposed)** Date: December 18, 2008  Time: 9:00 a.m. Judge: Honorable JEREMY FOIGEL |

The parties having stipulated thereto and

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that Plaintiff's Rule 68 Offer of Settlement, which was erroneously uploaded to the ECF system on December 6, 2006 shall be and is ordered removed therefrom.

12/13/06

_____
THE HONORABLE JEREMY FOGEL
United States District Judge

Gerstl & Hudson
Attorneys at Law
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: 831-649-0669
Facsimile: 8310649-8007

-1-