1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  DAWN CEIZLER, Bar No. 214873
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5

6  Attorneys for Defendant
   General Electric Company

7  HUDSON & GERSTL
   Hugo N. Gerstl, Esq.
8  2460 Garden Road, Suite C
   Monterrey, CA 93940
9  Telephone: (831) 649-0669
   Facsimile: (831) 649-8007
10

11 Attorney for Plaintiff

**E-filed 12/18/06**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC IMAGING SERVICES, INC., a California corporation doing business under the fictitious firm name and style of MONTEREY ADVANCED IMAGING CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> GE MEDICAL SERVICES DIVISION of GENERAL ELECTRIC CORPORATION, a Delaware corporation, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. CV 05-03019 JF <br><br> STIPULATION AND [PROPOSED] ORDER RE CONTINUING TRIAL DATE |

The parties hereby stipulate to continuance of trial to February 12 and 13, 2007. The parties request such continuance because 1) they are involved in settlement discussions and

- 1 -
STIPULATION AND [PROPOSED] ORDER RE TRIAL CONTINUANCE          CV 05-03019 JF

1  2) one of GE's witnesses has recently suffered a medical emergency that renders such witness
2  unavailable during trial.

3

4  Dated: December 15, 2006                    GLYNN & FINLEY, LLP
5                                              CLEMENT L. GLYNN
                                               DAWN CEIZLER
6

7                                              By: _____
8                                                  Attorneys for Defendant
                                                   General Electric Company
9

10 Dated: December 15, 2006                    GERSTL & HUDSON
                                               HUGO N. GERSTL
11

12

13                                             By: _____
                                                   Attorney for Plaintiff
14                                                 Pacific Imaging Services, Inc.

15

16                              [PROPOSED] ORDER

17

18         Pursuant to the Stipulation above, the trial in this matter is hereby continued to
19 February 12, 2007.

20

21         IT IS SO ORDERED.

22

23 Dated: December 18, 2006                    By: _____
24                                                 Honorable Judge Jeremy Fogel
                                                   United States District Judge
25

26

27

28

- 2 -
STIPULATION AND [PROPOSED] ORDER RE TRIAL CONTINUANCE                    CV 05-03019 JF